IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1534 (RGA) |
| | ) |
| ALCATEL-LUCENT USA INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT ALCATEL-LUCENT USA INC.'S MOTION TO STAY
PENDING THE REEXAMINATION OF THE '231 AND '286 PATENTS**

Defendant Alcatel-Lucent USA Inc. ("Alcatel-Lucent") moves to stay this case pending the *ex-parte* reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the *inter partes* reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). Alcatel-Lucent joins in and incorporates the grounds for this motion as set forth by defendant HSN, Inc. in its motion and brief in support of a stay pending the outcome of the U.S. Patent and Trademark Office's reexamination of the '231 and '286 patents in C.A. No. 12-1546 (RGA) (D.I. 10).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Defendant Alcatel-Lucent USA Inc.*

February 11, 2013
6996028

1

## **7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

*/s/ Paul Saindon*

Paul Saindon (#5110)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 11, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Margaret Elizabeth Day, Esquire<br>Ian N. Feinberg, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>Yakov Zolotorev, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*

Paul Saindon (#5110)